■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS SPRAGUE, Appellant. [710 NYS2d 271] —Case held, decision reserved and matter remitted to Supreme Court for further proceedings in accordance with the following Memorandum: Defendant appeals from a judgment convicting him after a jury trial of two counts of sodomy in the first degree (Penal Law § 130.50 [3]) and one count each of sexual abuse in the first degree (Penal Law § 130.65 [3]) and endangering the welfare of a child (Penal Law § 260.10 [1]). Defendant contends, *inter alia,* that Supreme Court failed to articulate the basis for sustaining the People's *Batson* challenge to defendant's exercise of a peremptory strike with respect to a black prospective juror (*see, Batson v Kentucky,* 476 US 79). We agree.

"When a trial court finds that the opponent of [a] peremptory strike[ ] * * * has carried its ultimate and unalterable burden of persuasion [of establishing purposeful discrimination], that ruling and its basis must be reflected and gauged on the record

made. The legal burdens of production and persuasion must be correctly allocated and maintained, and a meaningful record must reflect that these prerequisites have been satisfied * * *

"[T]he trial courts bear the judicial responsibility of ensuring that an adequate record is made and of reflecting the basis for their rulings" (*People v Payne*, 88 NY2d 172, 183-184).

Here, defendant offered a facially race-neutral reason for striking the juror in question, and the People contended that such reason was pretextual. However, the court summarily sustained the People's *Batson* challenge without discussing pretext or setting forth the basis for its ruling so as to permit meaningful appellate review (*see, People v Payne, supra*, at 183-184; *see also, People v Tucker*, 256 AD2d 1019, 1020). We therefore hold the case, reserve decision and remit the matter to Supreme Court to set forth the basis for its ruling (*see, People v Payne, supra*, at 187). (Appeal from Judgment of Supreme Court, Monroe County, Mark, J.—Sodomy, 1st Degree.) Present—Green, J. P., Hayes, Hurlbutt and Kehoe, JJ.